**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF | No. C 14-80164 WHA |
| In the Matter of Lyndsey Michelle Heller - #188234 | **ORDER OF SUSPENSION** |

Because Lyndsey Michelle Heller has failed to respond to the order to show cause, Ms. Heller's membership in the bar of this Court is hereby **SUSPENDED**.

**IT IS SO ORDERED.**

Dated: July 31, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE